UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| GLADYS BLOUNT ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 4:22-CV-113-FL |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| Defendant. ) | |
| ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's consent motion for attorney fees under the EAJA.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 11, 2023, that defendant pay to plaintiff $4,000 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on August 11, 2023, and Copies To:**
Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Natasha T. McKay / Samantha Zeiler (via CM/ECF Notice of Electronic Filing)

August 11, 2023                PETER A. MOORE, JR., CLERK

                                                 /s/ Sandra K. Collins
                                                (By) Sandra K. Collns, Deputy Clerk